Appellate Case: 13-2475     Page: 1     Date Filed: 07/09/2013 Entry ID: 4054702

David Stebbins
123 W. Ridge St.
APT D
Harrison, AR 72601



CPU  U.S. POSTAGE
PB 1P 000      $ 0.86⁰
3660515     MAILED   JUL 01 2013
FCML              72601

8th Cir. Court of Appeals
111 South 10th St.
Room 24.329
St. Louis, MO 63102