# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 15, 2013

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

RE:  13-2475  In Re: David Stebbins

Dear Sir:

We have assigned your petition for a writ the case number shown above.  Your motion for leave to proceed in forma pauperis has also been filed. Your case will be referred to a panel of judges for review. We will promptly advise you of the Court's ruling.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

On June 1, 2007, the Eighth Circuit implemented the appellate version of CM/ECF. Electronic filing is now mandatory for attorneys and voluntary for pro se litigants proceeding without an attorney. Information about electronic filing can be found at the court's web site www.ca8.uscourts.gov. In order to become an authorized Eighth Circuit filer, you must register with the PACER Service Center at https://www.pacer.gov/psco/cgi-bin/cmecf/ea-regform.pl. Questions about CM/ECF may be addressed to the Clerk's office.

Michael E. Gans
Clerk of Court

JMH

Enclosures

cc: Honorable P. K. Holmes III
    Mr. Christopher R. Johnson
    Honorable James R. Marschewski

District Court Case Numbers:   3:12-cv-03022-PKH   3:12-cv-03032-PKH
                               3:12-cv-03130-PKH   3:12-cv-03131-PKH

**Caption For Case Number: 13-2475**

In re: David Anthony Stebbins

        Petitioner

**Addresses For Case Participants:   13-2475**

Mr. David Anthony Stebbins
Apt. D
123 W. Ridge Street
Harrison, AR  72601

Honorable P. K. Holmes III
Room 1038
Judge Isaac C. Parker Federal Building
30 S. Sixth Street
Ft. Smith, AR  72901

Honorable James R. Marschewski
P.O. Box 1525
Fort Smith, AR  72920-1525

Mr. Christopher R. Johnson
U.S. DISTRICT COURT
Western District of Arkansas Clerk's Office
Suite 510
35 E. Mountain Street
Fayetteville, AR  72701-5354