13-2475  In Re: David Stebbins

# Eighth Circuit Court of Appeals

**PRO SE Notice of Docket Activity**

The following was filed on 07/09/2013

**Case Name:**  In Re: David Stebbins
**Case Number:**  13-2475

**Docket Text:**
PETITION for Writ of Mandamus (Rec'd by MAIL) filed by Petitioner Mr. David Anthony Stebbins w/service 07/15/2013 [4054702] [13-2475]

**The following document(s) are associated with this transaction:**
Document Description:  petition
Document Description:  envelope

**Notice will be mailed to:**

**Notice will be electronically mailed to:**

Honorable P. K. Holmes III
Mr. Christopher R. Johnson
Honorable James R. Marschewski
Mr. David Anthony Stebbins: stebbinsd@yahoo.com