# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

July 15, 2013

Honorable P. K. Holmes III
Room 1038
Judge Isaac C. Parker Federal Building
30 S. Sixth Street
Ft. Smith, AR 72901

Honorable James R. Marschewski
P.O. Box 1525
Fort Smith, AR 72920-1525

  RE: 13-2475 In Re: David Stebbins

Dear Judges:

  Forwarded by mail is a copy of a pro se petition for a writ which the named petitioner has filed against the both of you. We ask that each of you please provide a response to the petition at your earliest convenience. The court asks that copies of your response be served on the petitioner so that he is aware of the response and can file a reply, if desired. By copy of this letter, petitioner is notified that any reply to the responses must be filed with this office within seven days of their receipt.

  Thank you for your cooperation in this matter. No action will be taken on the writ petition until your responses are received.

         Michael E. Gans
         Clerk of Court

JMH

Enclosure

cc: Mr. Christopher R. Johnson
   Mr. David Anthony Stebbins

    District Court Case Numbers: 3:12-cv-03022-PKH  3:12-cv-03032-PKH
                 3:12-cv-03130-PKH  3:12-cv-03131-PKH