**United States District Court**
Western District of Arkansas
Judge Isaac C. Parker Federal Building
30 South 6th Street, Room 317
Fort Smith, Arkansas 72901

P. K. Holmes, III
Chief U. S. District Judge

Phone: (479) 783-1466

July 25, 2013

United States Court of Appeals
For the Eighth Circuit
Clerk of Court
111 South 10th St., Room 24.329
St. Louis, MO 63102

RE: 13-2475, In re: David Stebbins

In response to the petition for writ of mandamus filed by Mr. Stebbins in Case 13-2475, I first note that the petition is dated July 1, 2013. The petition has a file date of July 9, 2013. On July 3, 2013, I issued a number of orders in Mr. Stebbins' various cases pending before me, which should have substantially addressed the relief Mr. Stebbins seeks—that I or Judge Marschewski "pass judgment on the pending motions in Case Nos. 12-3022, 12-3032, 12-3130, and 12-3131." Case number 12-3022 has been referred to Judge Marschewski, and I cannot speak to the status of the pending motions in that case.

Insofar as Mr. Stebbins asks that I or Chief United States Magistrate Judge Marschewski be directed to grant the motions for disqualification that Mr. Stebbins filed on July 2, 2013, I denied those motions on July 3, 2013 before even receiving notification of this petition for writ of mandamus. The reasons for those denials are set forth in the corresponding orders, which are now on appeal.

Mr. Stebbins states that Judge Marschewski and I "are taking far too long to rule on some very simple motions." What may be simple in Mr. Stebbins's mind is not always so easily and quickly disposed of by the courts. Furthermore, Mr. Stebbins has filed numerous cases and motions in this district over the past three years. He often has various motions pending at the same time. Because Mr. Stebbins is a resourceful and intelligent *pro se* litigant, he often sets forth novel arguments that require careful consideration, and it takes myself and my staff some time to weed through his arguments and research relevant case law. I acknowledge that some of Mr. Stebbins' cases or motions have not been resolved as quickly as I would like. Given the other demands of my docket, it is often unfortunately the case that I am unable to rule on motions as quickly as I would like. I do not believe, however, that any delays would warrant the issuance of a writ of mandamus, especially given the fact—as stated above—that most of Mr. Stebbins' motions have now been resolved, pending appeal.

Finally, I do not believe that prospective mandamus relief is appropriate.

I will be happy to provide further information at the request of the Eighth Circuit.

Sincerely,

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

cc: Mr. David Stebbins
Honorable James R. Marschewski
U.S. Clerk--12-3022; 12-3130; 12-3032; 12-3131